MARCH TERM, 1863.    575

Irving v. County of St. Louis.—Moore v. Maddock and Elliott.

JAMES T. IRVING, Plaintiff in Error, *v.* THE COUNTY OF ST. LOUIS, Defendant in Error.

*Payment—Duress.*—Claflin v. McDonough, *ante* p. 412, affirmed.

*Appeal from St. Louis Court of Common Pleas.*

*Flournoy* and *Montague*, for plaintiff in error.

*S. H. Gardner*, for defendant in error.

BAY, Judge, delivered the opinion of the court.

This case falls within the principle maintained by this court in the case of Claflin et al. v. McDonough, decided at the present term.

We there held that a person who voluntarily pays money with a knowledge of all the facts in the case, and in the absence of fraud and duress, cannot recover it back, though the payment was without a sufficient consideration and under protest.

Let the judgment be affirmed; the other judges concurring.